

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00149-CV

Nasser **NAKISSA**,
Appellant

v.

Sarah E. **MENCHACA**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19593
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: June 23, 2021

DISMISSED

By letter dated April 21, 2021, appellant was instructed to pay the $205.00 filing fee for this appeal. By order dated May 18, 2021, this court ordered appellant to show cause in writing by June 2, 2021 either that the filing fee had been paid or that appellant was entitled to appeal without paying the fee. Appellant was advised that if he failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellant did not respond or pay the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id.*

PER CURIAM